J. RUSSELL STEDMAN (SBN 117130)
rstedman@mail.hinshawlaw.com
PETER J. FELSENFELD (SBN 260433)
pfelsenfeld@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:     415-834-9070

MISTY A. MURRAY (SBN 196870)
mmurray@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:    213-680-2800
Facsimile:     213-614-7399

Attorneys for Defendant METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiff,<br><br>       vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>            Defendant. | Case No. 3:16-CV-2298 JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:  April 27, 2016 |

    Plaintiff JANE DOE ("Plaintiff") and Defendant METROPOLITAN LIFE INSURANCE COMPANY ("Defendant") (collectively "the Parties"), through their counsel stipulate as follows:

**RECITALS**

    1.    Plaintiff filed the Complaint initiating this action on April 27, 2016, alleging that Defendant had improperly determined that she was not entitled to continuing long term disability ("LTD") benefits and failed to make a timely decision on her appeal of that adverse benefits determination.

2.      The Court set an Initial Case Management Conference for August 3, 2016, with a Joint Case Management Statement due on July 27, 2016.

3.      Defendant is in the process of completing an administrative review of Plaintiff's LTD appeal and expects to issue a determination in the next 30 to 45 days, which could materially impact the status of this case and what issues, if any, may proceed.

4.      Accordingly, the Parties agree that continuing the Initial Case Management Conference to September 7, 2016 is appropriate in order to avoid unnecessary fees and cost, and to give the parties an opportunity to better understand the issues involved and to advise the Court of the issues to be presented.

**STIPULATION**

The Parties hereby stipulate pursuant to Civil Local Rule 16-1(b) that the Initial Case Management Conference is continued from August 3, 2016 to September 7, 2016, or as soon thereafter as is convenient for the Court.  The Parties further stipulate that their deadline to file a Joint Case Management Conference Statement will be August 31, 2016.

Dated:  July 1, 2016                                   HINSHAW & CULBERTSON LLP

                                                                    By:  */s/ Peter J. Felsenfeld*
                                                                            J. RUSSELL STEDMAN
                                                                            MISTY A. MURRAY
                                                                            PETER J. FELSENFELD
                                                                            Attorneys for Defendant METROPOLITAN
                                                                            LIFE INSURANCE COMPANY

Dated:  July 1, 2016                                   BOLT KEENLEY KIM LLP

                                                                    By:  */s/ James P. Keenley*
                                                                            JAMES P. KEENLEY
                                                                            Attorneys for Plaintiff JANE DOE

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of James P. Keenley, Esq., counsel for Plaintiff Jane Doe, for the filing of this stipulation.

*/s/ Peter J. Felsenfeld*
PETER J. FELSENFELD

**[PROPOSED] ORDER**

PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT:

1. The Initial Case Management Conference be continued from August 3, 2016 to September 7, 2016; and

2. The Parties deadline to file a Joint Case Management Conference Statement be extended to August 31, 2016.

DATED: July 1, 2016

JON S. TIGAR
SENIOR UNITED STATES DISTRICT JUDGE