James P. Keenley (State Bar No. 253106)
Emily A. Bolt (State Bar No. 253104)
Brian H. Kim (State Bar No. 215492)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| JANE DOE, | Case No.: 3:16-cv-02298-JST |
| Plaintiff, | **STIPULATION TO DISMISS CASE WITH PREJUDICE; [PROPOSED] ORDER** |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

## JOINT STIPULATION

WHEREAS, the Parties have reached a settlement of all claims asserted in this action.

WHEREFORE, the Parties hereby stipulate to dismiss the entire case with prejudice, each party to bear their own costs and fees.

IT IS SO STILUPATED.

CASE NO. 3:16-cv-02298-JST                    1                    STIPULATION TO DISMISS

DATED:                                         BOLT KEENLEY KIM LLP

By: */s/ James P. Keenley*
    James P. Keenley
    Brian H. Kim
    Emily A. Bolt

Attorneys for Plaintiff JANE DOE

DATED:                                         HINSHAW & CUTHBERTSON LLP

By:   */s Misty A. Murray*
    Misty A. Murray
    Peter J. Felsenfeld

Attorneys for Defendant METROPOLITAN LIFE INSURANCE COMPANY

## ORDER

Having reviewed the stipulation of the parties and good cause showing, the Court hereby GRANTS the parties' stipulation to dismiss the entire case with prejudice, each party to bear their own costs and fees.

IT IS SO ORDERED.

DATED: November 28, 2016                    _____
    Honorable John S. Tigar
    United States District Judge